**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| FLEET CONNECT SOLUTIONS LLC,<br>*Plaintiff*,<br>v.<br>MASTERNAUT LIMITED D/B/A MICHELIN CONNECTED FLEET,<br>*Defendant*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 2:25-CV-00351-JRG-RSP<br>(Lead Case) |

**ORDER**

Before the Court is the parties' Joint Motion for Extension of Time to File Response and Replies to Defendant UAB Xirgo Global's Motion for Sanctions. **Dkt. No. 128.** Having considered the Motion, and noting its joint nature, the Court finds it should be, and hereby is, **GRANTED**. Accordingly, it is

**ORDERED** that the deadline for Plaintiff's response is November 30, 2026, the deadline for Defendant's reply is December 14, 2026, and the deadline for Plaintiff's sur-reply is December 21, 2026.

**SIGNED this 18th day of November, 2026.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE